RECEIVED
S.D.N.Y. PRO SE OFFICE

UNITED STATES DISTRICT COURT 14 PM 2:30
SOUTHERN DISTRICT OF NEW YORK
S.D. OF N.Y.

Donald J. Potter
_____

_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

People of The State of New York

Christopher M. Hults Detective;

Peter Greene Judge;

Robert Demono Assistant District Attorney;

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☑ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Donald                 J.                     Potter
First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Din # 19A4459                     NYSID # 08272556M
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Riverview    Correctional    Facility
Current Place of Detention

1110 Tibbits Drive,    P.O. Box 158
Institutional Address

Ogdensburg,              N.Y.                    13669
County, City                      State              Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    Christopher M. Hults _____ 0537

First Name              Last Name              Shield #

Detective _____

Current Job Title (or other identifying information)

Town of Wallkill Justice Court 99 Tower Drive,

Current Work Address

Middletown,          N.Y.          10941-2055

County, City              State              Zip Code

Defendant 2:    Peter          Greene _____

First Name              Last Name              Shield #

Judge _____

Current Job Title (or other identifying information)

Town Of Wallkill Justice Court 99 Tower Drive,

Current Work Address

Middletown,          N.Y.          10941-2055

County, City              State              Zip Code

Defendant 3:    ~~████████~~          ~~████████~~ _____

First Name              Last Name              Shield #

~~████████~~          ~~████████~~    ~~████████~~

Current Job Title (or other identifying information)

~~████████████~~    ~~████████~~          ~~████████~~

Current Work Address

County, City              State              Zip Code

Defendant 4:    Robert          Demono _____

First Name              Last Name              Shield #

Assistant District Attorney

Current Job Title (or other identifying information)

255-275 Main Street

Current Work Address

Goshen,              N.Y.          10924-1627

County, City              State              Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: 110 Wells Farm Rd, Goshen, N.Y. 10924

Date(s) of occurrence: 10/22/2018 , 11/07/2018

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On, October 20th, 2018, I was arrested in the city of Port Jervis for the crimes of. Criminal Possession of a Controlled Substance in the 7th degree, Criminal Possession of Stolen Property in the 3rd degree, and Possession of Burglary Tools in the 5th degree.

I was arraigned that same day for those charges and again with lawyer and A.D.A present on the 22nd day of October 2018, for those charges.

While in custody at Orange County Jail I was being held for Grand Jury action when the Town of Wallkill Police Department charged plaintiff with Burglary in the 3rd degree and Grand Larceny in the 3rd degree on october 22nd, 2018 after being arraigned for the second time in Port Jervis local Criminal court for initial charges of. 1, Possession of Stolen Property in the 3rd degree, 2, Possession of Burglary Tools in the 5th degree, and 3, Criminal Possession of a Controlled Substance in the 7th degree.

→

Defendant's may argue that plaintiff's claim of Due Process and false arrest, must fail due to the doctrine set forth in the Supreme court's decision in Heck v. Humphrey, 512 U.S. 477 (1994). Or that plaintiff's ~~False~~ False arrest claim for Burglary in the 3rd degree, Grand Larceny in the 3rd degree, Possession of Stolen Property in the 3rd degree and Possession of Burglary Tool's in the 5th degree does not "Necessarily Imply the Invalidity of

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 08/30/2021 | | | *Donald J. Potter* |
| --- | --- | --- | --- |
| Dated | | | Plaintiff's Signature |
| Donald | J. | | Potter |
| First Name | Middle Initial | | Last Name |
| 1110 Tibbits Drive | | P.O. Box 158 | |
| Prison Address | | | |
| Ogdensburg, | | N.Y. | 13669 |
| County, City | | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:  08/30/2021

Plaintiff never was arraigned for the charges of Burglary in the 3rd degree and Grand Larceny in the 3rd degree. Because Wallkill Police Department never filed the accusatory instrument with the local criminal court. These charges were added with the Grand Jury action that was pending for the offenses that occurred in Port Jervis for October 26th, 2018.

A criminal action must commence by the filing of an accusatory instrument with the local criminal court, Pursuant to the provision section. 100.05 of the criminal procedure law of the state of New York.

A District Attorney must submit to a Grand Jury evidence Concerning a felony allegedly committed by a defendant Whom, on the basis of a felony complaint filed with a local criminal court of the county, except where indictment has been waived by defendant. Pursuant to the provision section. 190.55 of the criminal procedure law of the state of New York.

After hearing and examining evidence as prescribed in Section. 190.55 a Grand Jury may indict a person for a offense as the local criminal court determines if the accusatory instrument is facially sufficient to establish reasonable cause to believe that defendant committed a crime.

Upon the arraignment the court, unless it intends immediatley thereafter to dismiss the felony complaint and terminate the action, must issue a secure order for his future appearance Pursuant to provision section. 180.10 sub. (6), of the criminal procedure law of the state of New York.

If it was determine whether the defendant is to be held for the action of a Grand Jury, District Attorneys are required of authorize to submit evidence to the Grand Jury under the following circumstances.

⟶

Defendant's may argue that plaintiff's claim of Due Process violation's and false arrest, must fall due to the doctrine set forth in the supreme Court's decision in Heck V. Humphrey, 512 U.S. 477 (1994) Furthermore, this claim of 4th, 5th and 14th Amendment violation's does have enough evidence to support this case ~~and~~ plaintiff is not challenging his conviction he is challenging his United States Constitutional right's. ~~or~~ See ~~~~. Heck, 512 U.S. 487

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Humiliation, Emotional Distress, and Psychological lost of work and home as well. As well as 4th, 5th, and 14th Amendment violation's as an American citizen. Which result in deprivation of Federal and State ~~~~ Constitution

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Plaintiff would like to respectfully ask this court to grant compensation ~~~~ of $1,500,000 being the fact that ~~~~ it is cruel and exsessive punishment according to the 8th Amendment of U.S.C.

Page 5

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 09/1/2021 | *Donald Potter* |
| Dated | Plaintiff's Signature |
| Donald           J. | Potter |
| First Name        Middle Initial | Last Name |
| 1110 Tibbits Drive | P.O. Box 158 |
| Prison Address | |
| Ogdensburg, | N.Y.        13669 |
| County, City | State        Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 09/1/2021

Page 6

**RIVERVIEW CORRECTIONAL FACILITY**
**P.O. BOX 158**
**OGDENSBURG, NEW YORK 13669**

Donald Potter
Din#94459

RECEIVED
2021 SEP 13 PM 3: 22
CLERK'S OFFICE
S.D.N.Y.

USM P3
SDNY

CERTIFIED MAIL

7020 0090 0001 4871 7439

RIVERVIEW CORRECTIONAL FACILITY

NEOPOST
09/02/2021
US POSTAGE $008.36°
FIRST-CLASS MAIL
ZIP 13669
041M11272452

United States District
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

pro se